**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 9 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KENT GLEN WILLIAMS, | No. 19-35936 |
| Plaintiff-Appellant, | D.C. No. 1:18-cv-00343-DCN |
| v. | |
| ALAN STEWART, Clerk; et al., | MEMORANDUM[*] |
| Defendants-Appellees, | |
| and | |
| CHIEFS OF PRISONS, From May 2016 to Present, | |
| Defendant. | |

Appeal from the United States District Court
for the District of Idaho
David C. Nye, District Judge, Presiding

Submitted December 2, 2020[**]

Before: WALLACE, CLIFTON, and BRESS, Circuit Judges.

Idaho state prisoner Kent Glen Williams appeals pro se from the district

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

court's judgment dismissing his 42 U.S.C. § 1983 action alleging various constitutional violations. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a district court's dismissal under its local rules. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). We affirm.

The district court did not abuse its discretion in dismissing Williams's action because Williams failed to comply with the 20-page limit for pro se prisoner pleadings in civil rights cases as ordered by the district court and as set forth in Idaho General Order No. 342. *See id*. at 53-54 (setting forth factors to be considered before dismissing an action for failure to follow the local rules and noting that pro se litigants are bound by the rules of procedure).

Williams's request for reimbursement of his filing fee, set forth in the opening brief, is denied.

**AFFIRMED.**